# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES FIDELITY &**
**GUARANTY COMPANY,**

                **Plaintiff,**

**-vs-**                                      **Case No. 6:06-cv-1180-Orl-31UAM**

**LIBERTY SURPLUS INSURANCE**
**CORPORATION and UNITED STATES**
**FIRE INSURANCE COMPANY,**

                **Defendants.**
_____
**LIBERTY SURPLUS INSURANCE**
**CORPORATION,**
       **Third Party Plaintiff,**
**vs.**

**ALLEN IRONWORKS, INC., AEICOR**
**METAL PRODUCTS, INC., MENDOZA**
**PAINTING LLC, MEL HAYES**
**PAINTING, INC., MOSS**
**WATERPROOFING & PAINTING CO.,**
**INC., FARRIS GYPSUM FLOORS OF**
**FLORIDA INC., ST. PAUL TRAVELERS,**
**COMMERCIAL UNION INSURANCE**
**COMPANY, AMERISURE INSURANCE**
**COMPANY AND AUTO-OWNERS**
**INSURANCE COMPANY,**

                **Third Party Defendants.**
_____

## ORDER

Third Party Plaintiff, Liberty Surplus, has filed a Motion for Reconsideration (Doc. 160) of this Court's Order (Doc. 156), dismissing Count XXIX of the Amended Third Party Complaint as

to Amerisure.  Amerisure's Motion (Doc. 117) was granted because Liberty failed to oppose it. Liberty concedes that it failed to file an opposition memorandum as required by local Rule 3.01(b), but pleads excusable neglect.  Liberty's "excuse" is that it was trying to "conserve judicial resources."  While it is questionable whether such neglect is excusable, the Court will grant the Motion.  It is, therefore

**ORDERED** that Liberty's Motion is GRANTED and the Order (Doc. 156) dismissing Count XXIX of the Amended Third Party Complaint is VACATED.  Liberty shall file its response to Amerisure's Motion (Doc. 117) by June 8, 2007.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 30, 2007.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE