**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES FIDELITY &**
**GUARANTY COMPANY,**

                **Plaintiff,**

**-vs-**                                           **Case No. 6:06-cv-1180-Orl-31UAM**

**LIBERTY SURPLUS INSURANCE**
**CORPORATION and UNITED STATES**
**FIRE INSURANCE COMPANY,**

                **Defendants.**
_____

**LIBERTY SURPLUS INSURANCE**
**CORPORATION,**
        **Third Party Plaintiff,**
**vs.**

**AEICOR METAL PRODUCTS, INC.,**
**MOSS WATERPROOFING & PAINTING**
**CO., INC., FARRIS GYPSUM FLOORS OF**
**FLORIDA INC., ST. PAUL TRAVELERS,**
**COMMERCIAL UNION INSURANCE**
**COMPANY, AND AUTO-OWNERS**
**INSURANCE COMPANY,**

                **Third Party Defendants.**
_____

# ORDER

By its Order dated July 2, 2007 (Doc. 174), it was not the Court's intention to exclude the expert disclosure deadline for non-moving parties; *e.g.* the Defendant. However, Plaintiff was not diligent in filing the Motion to Exclude Report and Testimony of Robert H.

Burke, Jr., and Burke, Hogue & Mills Associates, Inc. (Doc. 246), and has shown no prejudice. It is, therefore

**ORDERED** that the Plaintiff's Motion (Doc. 246) is DENIED.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 9, 2007.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE