**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES FIDELITY &**
**GUARANTY COMPANY,**

            **Plaintiff,**

-vs-                                      Case No. 6:06-cv-1180-Orl-31UAM

**LIBERTY SURPLUS INSURANCE**
**CORPORATION and UNITED STATES**
**FIRE INSURANCE COMPANY,**

            **Defendants.**
_____

**LIBERTY SURPLUS INSURANCE**
**CORPORATION,**
            **Third Party Plaintiff,**
**vs.**

**AEICOR METAL PRODUCTS, INC.,**
**MOSS WATERPROOFING & PAINTING**
**CO., INC., FARRIS GYPSUM FLOORS OF**
**FLORIDA INC., ST. PAUL TRAVELERS,**
**COMMERCIAL UNION INSURANCE**
**COMPANY, AND AUTO-OWNERS**
**INSURANCE COMPANY,**

            **Third Party Defendants.**
_____

# ORDER

      This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** MOTION FOR SUMMARY JUDGMENT (Doc. 228)
>
> **FILED:** September 6, 2007
> ___
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED** in part and **DENIED** in part. Summary judgment **GRANTED** as to the equitable subrogation claim and **DENIED** as to the equitable contribution claim. See Doc. 291.

   **DONE** and **ORDERED** in Chambers, Orlando, Florida on November 2, 2007.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party