**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES FIDELITY &**
**GUARANTY COMPANY,**

                **Plaintiff,**

-vs-                                      Case No. 6:06-cv-1180-Orl-31UAM

**LIBERTY SURPLUS INSURANCE**
**CORPORATION and UNITED STATES**
**FIRE INSURANCE COMPANY,**

                **Defendants.**
_____

**LIBERTY SURPLUS INSURANCE**
**CORPORATION,**
                **Third Party Plaintiff,**
**vs.**

**AEICOR METAL PRODUCTS, INC.,**
**MOSS WATERPROOFING & PAINTING**
**CO., INC., FARRIS GYPSUM FLOORS OF**
**FLORIDA INC., ST. PAUL TRAVELERS,**
**COMMERCIAL UNION INSURANCE**
**COMPANY, AND AUTO-OWNERS**
**INSURANCE COMPANY,**

                **Third Party Defendants.**
_____

# ORDER

      This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION FOR SUMMARY JUDGMENT (Doc. No. 248)**
>
> **FILED:** October 3, 2007
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**. Third Party Defendant AEICOR Metal Products, Inc. is entitled to summary judgment for the same reasons and to the same extent as Third Party Defendant Farris Gypsum Floors of Florida, Inc. See Doc. 280.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 2, 2007.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party