# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES FIDELITY &**
**GUARANTY COMPANY,**

               **Plaintiff,**

-vs-                                               **Case No. 6:06-cv-1180-Orl-31UAM**

**LIBERTY SURPLUS INSURANCE**
**CORPORATION,**

               **Defendant.**
_____

**LIBERTY SURPLUS INSURANCE**
**CORPORATION,**
        **Third Party Plaintiff,**
**vs.**

**TRANSCONTINENTAL**
**INSURANCE/CNA, ST. PAUL**
**TRAVELERS,**

        **Third Party Defendants.**
_____

## ORDER

This matter comes before the Court on the motions for summary judgment (Doc. 282, Doc. 284) filed by Defendant/Third Party Plaintiff Liberty Surplus Insurance Corporation ("Liberty Surplus"). In its response, Plaintiff United States Fidelity & Guaranty Company ("USF&G") indicates that, based on this Court's conclusion that Massachusetts law applies to the policies issued by Liberty Surplus to John T. Callahan & Sons, Inc., USF&G will not file an opposition to the motions for summary judgment. (Doc. 305 at 2).

In consideration of the foregoing, it is hereby **ORDERED AND ADJUDGED** that the motions for summary judgment (Doc. 282, Doc. 284) filed by Defendant/Third Party Plaintiff Liberty Surplus Insurance Corporation are **GRANTED AS UNOPPOSED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 14, 2007.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party