**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES FIDELITY &**
**GUARANTY COMPANY,**

          **Plaintiff,**

-vs-                                           Case No. 6:06-cv-1180-Orl-31UAM

**LIBERTY SURPLUS INSURANCE**
**CORPORATION,**

          **Defendant.**
_____

**LIBERTY SURPLUS INSURANCE**
**CORPORATION,**
          **Third Party Plaintiff,**
**vs.**

**TRANSCONTINENTAL**
**INSURANCE/CNA, ST. PAUL**
**TRAVELERS,**

          **Third Party Defendants.**
_____

## ORDER

This matter comes before the Court on the Motion for Summary Judgment (Doc. 283) filed by Third Party Defendants St. Paul Fire & Marine Insurance Company, Travelers Indemnity Company of Connecticut and Travelers Property Casualty Company of America (collectively, "Travelers").[1]  In resolving this motion, the Court has also considered the reply (Doc. 307-2) filed

---

[1] These parties were incorrectly identified as "St. Paul Travelers". (Doc. 283 at 2). The claims against the other named Third Party Defendant, Transcontinental Insurance/CNA, were severed and are currently set for trial in February of 2009. (Doc. 302 at 2).

by the Defendant/Third Party Plaintiff Liberty Surplus Insurance Corporation ("Liberty") and the response (Doc. 315) filed by Travelers.

In its motion, Travelers seeks summary judgment as to the equitable subrogation and equitable contribution claims raised by Liberty in Count XXV of its Second Amended Third-Party Complaint (Doc. 170-2). However, as Liberty notes in its pretrial statement (Doc. 316 at 2) those claims are contingent upon a determination that Liberty is liable to the Plaintiff, United States Fidelity & Guaranty Company ("USF&G"). The Court recently awarded summary judgment to Liberty against USF&G. (Doc. 314). As such, there is no way that Liberty's contingent claims against Travelers can mature into actual claims.

Despite this, Liberty seeks to have the Court rule on the coverage issues raised in Travelers' motion for summary judgment. Liberty argues that USF&G intends to appeal the grant of summary judgment against it and, if successful, it could reassert its claims against Liberty, requiring Liberty to reassert its contingent claims against Travelers. (Doc. 316 at 2). Whatever may occur in the future, however, the Court must assess the instant motion in the here and now. As things now stand, Liberty has no chance of prevailing on its contingent claims against Travelers, and Travelers is therefore entitled to summary judgment.[2]

In consideration of the foregoing, it is hereby **ORDERED AND ADJUDGED** that the Motion for Summary Judgment (Doc. 283) filed by Third Party Defendants St. Paul Fire & Marine

---

[2] Liberty acknowledges that, if the Court declines to address the coverage issues raised in the motion for summary judgment, the Defendants are entitled to the entry of judgment in their favor. (Doc. 316 at 2).

Insurance Company, Travelers Indemnity Company of Connecticut and Travelers Property Casualty Company of America is **GRANTED.**

    **DONE** and **ORDERED** in Chambers, Orlando, Florida on January 2, 2008.

                                        GREGORY A. PRESNELL
                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party