**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES FIDELITY &**
**GUARANTY COMPANY,**

                **Plaintiff,**

-vs-                                          Case No. 6:06-cv-1180-Orl-31UAM

**LIBERTY SURPLUS INSURANCE**
**CORPORATION,**

                **Defendant.**
_____

**LIBERTY SURPLUS INSURANCE**
**CORPORATION,**
        **Third Party Plaintiff,**
**vs.**

**TRANSCONTINENTAL**
**INSURANCE/CNA, ST. PAUL**
**TRAVELERS,**

        **Third Party Defendants.**
_____

# ORDER

This matter comes before the Court *sua sponte*. On January 2, 2008, the Court granted summary judgment in favor of Third Party Defendants St. Paul Fire & Marine Insurance Company, Travelers Indemnity Company of Connecticut and Travelers Property Casualty Company of America, which had been incorrectly identified as "St. Paul Travelers." (Doc. 318). The claims against the remaining Third Party Defendant, Transcontinental Insurance/CNA ("CNA"), were severed and are currently set for trial in February of 2009. (Doc. 302 at 2). However, it would appear that CNA is entitled to the entry of summary judgment for the same reason as the other

Third Party Defendants – *i.e.,*, that summary judgment has been entered in favor of Liberty Surplus Insurance Corporation ("Liberty Surplus") and against the Plaintiff, and therefore Liberty Surplus cannot prevail on its third-party claim against CNA.

In consideration of the foregoing, Liberty Surplus and CNA are **ORDERED TO SHOW CAUSE** why summary judgment should not be entered in favor of CNA on the remaining claims of Liberty Surplus.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 4, 2008.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party