# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES FIDELITY &**
**GUARANTY COMPANY,**

           **Plaintiff,**

-vs-                                                      Case No. 6:06-cv-1180-Orl-31UAM

**LIBERTY SURPLUS INSURANCE**
**CORPORATION,**

           **Defendant.**

_____

## ORDER

This matter comes before the Court *sua sponte*. In light of this Court's various orders granting summary judgment and dismissals, all claims that had been at issue in this case have been terminated. Therefore, this case is **REMOVED** from the February 2008 trial docket, the final pretrial conference scheduled for January 22, 2008 is **CANCELED**, and the Clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 11, 2008.

                                                                         GREGORY A. PRESNELL
                                                                UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party